SEALED BY ORDER

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3705
7       Facsimile:  (510) 637-3724
        E-Mail:     James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13 UNITED STATES OF AMERICA,        )   NO. 4-08-70155
                                    )
14         Plaintiff,                )   SEALING APPLICATION AND
                                    )   SEALING ORDER
15 vs.                              )
                                    )
16 ANTONIO DURAN-PEREZ and          )
   DANIEL DURAN-PEREZ,              )
17                                  )
                                    )
18         Defendant.                )
   _____)
19

20     The United States requests that the Complaint, Penalty Sheet, and Arrest Warrants in the

21 above-captioned case filed with the Court on March 19, 2008, be filed under seal until further

22 order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrants to

23 the United States Attorney's Office or the Federal Bureau of Investigation).  The reason for this

24 request is to facilitate the arrest of the defendants.  Revealing the Complaint may compromise the

25 arrest of the defendants.

26 ////

27 ////

28 ////

SEALING APPLICATION AND ORDER

1   WHEREFORE, I respectfully request that the Court issue an Order granting this
2   Application.

4   DATED: March 18, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

JAMES C. MANN
Assistant United States Attorney

**ORDER**

On the government's application, the Complaint, Penalty Sheet, and Arrest Warrants filed with the Court on March 19, 2008, shall be filed under seal until further order of the Court (except that the Clerk's office may provide a copy of the Arrest Warrants to the United States Attorney's Office or the Federal Bureau of Investigation).

IT IS SO ORDERED.

DATED: 3/19/08

HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

SEALING APPLICATION AND ORDER        -2-