| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 8 Mins | |
|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK Ivy L. Garcia | REPORTER/FTR FTR: 3/24/08 10:03:18-10:11:02 | |
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 3/24/08 | NEW CASE ☐ | CASE NUMBER 4-08-70155-WDB |

## APPEARANCES

| DEFENDANT DANIEL DURAN-PEREZ | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Laura Robinson | PD. ☐ RET. ☐ APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY James Mann | INTERPRETER Carole Glasser (Spanish Int.) | | ☐ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D | |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Victoria Gibson | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT ☐ OF CJA FEES | |

## PROCEEDINGS SCHEDULED TO OCCUR

| | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS 6 Mins HELD |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ TIMING OF DETENTION HRG WAIVED BY THE DEFT. | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☒ ATTY APPT HEARING 2 Mins HELD |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**
**MAR 24 2008**

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED BY THE DEFT. | ☒ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 3/27/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The deft's atty. said that the deft. declines to provide some info. on his fin. affidavit form & invokes his 5th Amendment bec. some of the info. called for could incriminate him in rel. to his immigration status here in the U.S. The Court didn't accept the deft's fin. affidavit form since all it has is his signature & no other info. The gov't's atty. provided the Court with a copy of the detainer that has been lodged on the deft. by ICE. In light of the ICE detainer, the deft. waived the timing of his Detention Hrg. The deft. was ordered detained. The deft. reserved his rights to have his Detention Hrg. -- if & when he believes it's on his best interest to put his Detention Hrg. back on cal. later.

cc: WDB's Stats, Pretrial

DOCUMENT NUMBER:

U.S. Department of Homeland Security
Immigration and Customs Enforcement

## Immigration Detainer - Notice of Action

| To: (Name and title of Institution) | From: (ICE office address) |
|---|---|
| CUSTODIAN OF RECORDS, HOLDS/WARRANTS/DETAINERS CONTRA COSTA COUNTY JAIL CITY/COUNTY JAIL, CALIFORNIA DEPARTMENT OF CORRECTIONS, UNITED STATES MARSHALS SERVICE OR ANY SUBSEQUENT LAW ENFORCEMENT AGENCY | U.S. DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND CUSTOMS ENFORCEMENT OFFICE OF DETENTION & REMOVAL 630 SANSOME STREET SAN FRANCISCO, CA 94111 |

| Name of Alien (ICE): | | Name of Alien (Institution): DURAN - PEREZ, DANIEL | |
|---|---|---|---|
| Date of Birth: 7-20-1981 | Nationality: MEXICO | Offense (NCIC): 21 USC 841 | File No: A88 451 919 |
| CII/SID: CA 28135139 | BOP No: | Date Sentenced: | Date Detainer Filed: 3-19-08 |
| FBI: 682422 PC4 | BOOKING No: 2008005711 | Sentence Length: | Interview Date: 3-19-08 |
| Institution No: | Sex: MALE | Ag Felony: ☐ Yes ☐ No  ☐ DO ☐ DR ☐ OT | ERD: |

You are advised that the action noted below has been taken by the U.S. Immigration and Customs Enforcement (ICE) concerning the above-named inmate of your institution:

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.
☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on
_____ (Date)
☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ (Date)
☐ Deportation or removal from the United States has been ordered.

It is requested that you:
Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive. If you have any further questions regarding this matter, please contact the ICE official named below at (415) 844-5347 during normal business hours.

☒ Federal regulations (8 CFR 287.7) require that you retain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for ICE to assume custody of the alien. You may notify ICE (Detention Branch) by calling (415) 844-5549 during business hours or by fax at (415) 844-5563.

☐ Please complete and sign the bottom block of the duplicate of this form and return it to this office.
 ☐ A self-addressed stamped envelope is enclosed for your convenience.
 ☐ Please return a signed copy via facsimile to (415) 844-5346.
 Return fax to the attention of _person named below_ (Name of INS official handling case)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution. IF INMATE IS TRANSFERRED, NOTIFY GAINING INSTITUTION THAT THIS HOLD IS ACTIVE. PROVIDE A COPY OF THIS NOTICE TO THE INSTITUTION.
☐ Please cancel the detainer previously placed by this Service on _____

_____ (Signature of ICE official)
Daniel J. Martinez   Immigration Enforcement Agent
(Title of ICE official)

Receipt acknowledged:
Date of latest conviction: _____   Latest conviction charge: _____
Estimated release date: _____
Signature and title of official: _____

Form SFR I-247 (Rev. 6-1-99)N